```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  REGGIE ALIGADA
    Assistant Federal Defender
 3  Designated Counsel for Service
    Federal Defender's Office
 4  P.O. Box 631
    Yosemite, CA 95389
 5  Telephone: (209) 372-0306

 6  Attorney for Defendant
```

FILED

JUL X 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 10-mj-60 |
|---|---|
| Plaintiff, | ) |
| v. | ) Date: July 13, 2010 |
|  | ) Time: 10:00 a.m. |
| ROBERT MIBACH, | ) Judge: Hon. Michael J. Seng |
| Defendant. | ) |

Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

Defendant requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. He agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern

District of California, the same as if the Defendant were personally present.

DATED: 7-7-2010

Robert Mibach
Defendant

REGGIE ALIGADA
Assistant Federal Defender
Attorney for Defendant

ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived until further order.

DATED: 7/7/10

MICHAEL J. SENG, Magistrate Judge
Eastern District of California
Yosemite Division

Waiver of Defendant's Personal Presence;
Order thereon                    -2-